# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

**Kendra Haley,** )
)   Case No.: 4:23-cv-05592-JD
      **Plaintiff,** )
)
**v.** )
)
**Prosper Marketplace, Inc.,** )
)
      **Defendant.** )

## <u>NOTICE OF SETTLEMENT AND REQUEST FOR RUBIN ORDER</u>

Plaintiff Kendra Haley ("Plaintiff") and Defendant Prosper Marketplace, Inc., ("Defendant") (collectively, the "Parties") have agreed to settle all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with prejudice within the next sixty (60) days. Accordingly, the Parties requests that the Court enter a *Rubin* order to provide us with time to consummate the agreement. The Parties will reinstate the action within sixty (60) days if the settlement is not consummated.

Respectfully submitted this the 18th day of December, 2023.

| | |
|---|---|
| /s/ *Penny Hays Cauley* | /s/ *James W. Sheedy* |
| Penny Hays Cauley, Fed. ID No. 10323 | James W. Sheedy, Fed. ID No. 3813 |
| **HAYS CAULEY, P.C.** | **DRISCOLL SHEEDY, P.A.** |
| 1303 W. Evans Street | 11520 N. Community House Road |
| Florence, SC 29501 | Suite 200 |
| (843) 665-1717 | Charlotte, NC 28277 |
| (843) 665-1718 Facsimile | (704) 341-2102 |
| phc917@hayscauley.com | (704) 341-2105 Facsimile |
| *Attorney for Plaintiff* | jimsheedy@driscollsheedy.com |
| | *Attorney for Defendant* |